UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT E. PRICE, a single man,<br><br>              Plaintiff,<br><br>     v.<br><br>BANK OF WHITMAN, a Washington corporation,<br><br>              Defendant. | No. CV-10-0206-EFS<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL, AND CLOSING FILE** |

By Stipulation filed April 13, 2011, the parties agree that the above-titled cause of action can be dismissed with prejudice and without costs or attorneys' fees to either party. (ECF No. 22.) Based on the parties' stipulation, **IT IS HEREBY ORDERED**:

1. The above-titled cause of action is **DISMISSED WITH PREJUDICE** and without fees or costs to either party.

2. All pending motions are **DENIED as moot.**

3. All hearings are **STRICKEN.**

///
///
///
//
//
/

4. This file shall be **CLOSED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this ___14th___ day of April 2011.

                         s/Edward F. Shea
                         EDWARD F. SHEA
                    UNITED STATES DISTRICT JUDGE

Q:\Civil\2010\0206.settle.close.frm

ORDER CLOSING FILE - 2